Writ granted. The court is ordered to act without undue delay to act on the application of the relator. See La.Code of Crim. P. art. 354.

∎

248 So.2d 831

**STATE of Louisiana ex rel. Ephrim GRIFFIN**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51457.

June 16, 1971.

In re: Ephrim Griffin applying for writs of habeas corpus and remedial writs.

Application denied. Boykin v. Alabama is not retroactive. The showing is otherwise insufficient to warrant the exercise of our original or supervisory jurisdiction. See State ex rel. Ardoin v. Henderson, 255 La. 1029, 233 So.2d 923.